**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

KRYSTAL COEHLO and MICHAEL FINEMAN,

        Plaintiffs,

v.

                                                            Case No.: 2:17-cv-00547

WELLS FARGO BANK, N.A. dba Wells Fargo Dealer Services,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiffs, Krystal Coelho and Michael S. Fineman, by and through the undersigned counsel and pursuant to L.R. 3.08(a), and hereby notify the Court that the Parties have reached an agreement to resolve their disputes. The parties anticipate that the settlement will be concluded within the next 60 days and the case will be dismissed with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the persons named on the attached Service List electronically via the Court's CM/ECF system on January 5, 2018.

                                                          */s/ Joseph C. LoTempio*
                                                          Joseph C. LoTempio, Esq.
                                                          FBN: 0086097
                                                          jlotempio@dellutrilawgroup.com
                                                          THE DELLUTRI LAW GROUP, P.A.
                                                          1436 Royal Palm Square Blvd.
                                                          Fort Myers, FL 33919
                                                          239-939-0900
                                                          www.DellutriLawGroup.com

## **Service List**

McGuireWoods LLP
50 N. Laura Street, Ste. 3300
Jacksonville, FL  32202
flservice@mcguirewoods.com
*Counsel for Wells Fargo Dealer Services*

Emily Y. Rottmann, Esq.
McGuireWoods LLP
50 N. Laura Street, Ste. 3300
Jacksonville, FL  32202
erottmann@mcguirewoods.com

Sara F. Holladay-Tobias, Esq.
McGuireWoods LLP
50 N. Laura Street, Ste. 3300
Jacksonville, FL  32202
stobias@mcguirewoods.com; flservice@mcguirewoods.com
*Counsel for Wells Fargo Dealer Services*

2941.01